# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| OBREN SMRKIC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   4:07-cv-01987-KOB-JEO |
| | ) |
| MICHAEL MUKASEY, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The petitioner, Obren Smrkic, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He seeks release pending his repatriation to Bosnia.

On January 2, 2008, the respondents filed a motion to dismiss this action as moot premised upon the petitioner having been released on an order of supervision on December 13, 2007.  Therefore, the respondents assert that there is no longer a case or controversy between the parties.

The court agrees with the respondents.  Accordingly, this action is due to be dismissed.  An appropriate order will be entered.

**DONE**, this 7th day of January 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE